```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
R.B. DEVELOPMENT, CO., LTD.,

                        Plaintiff,

        -against-

TUTIS CAPITAL LLC; METROPOLITAN
FINANCIAL HOLDINGS, LTD.; THE LAW
FIRM OF BRYANT SAUNDERS, PLLC;
LACEE INTERNATIONAL, INC.; ANDRE
VILLEROY; THOMAS A. LAWSON;
GOLDIE DICKEY; TA-LETTA
SAUNDERS; DIANE L. TURNER;
CHAUNCY VILLEROY, LLC; CHERIZAR
CARLISLE; JOHN DOES 1–10; and XYZ
CORPORATIONS 1–10,

                        Defendants.
------------------------------------------------------------x
```

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
12-CV-1460 (CBA) (SMG)

**AMON, Chief United States District Judge:**

Currently before the Court is a Report and Recommendation ("R&R") issued by Magistrate Judge Steven M. Gold, which recommends granting plaintiff's motion for a default judgment against defendants Andre Villeroy, Chauncy Villeroy, LLC, and Cherizar Carlisle. (See D.E. # 137.) No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted).

The Court has reviewed the record and, finding no clear error, adopts the well-reasoned R&R as the opinion of the Court. The Clerk of Court is directed to enter judgment accordingly.

SO ORDERED.

Dated: March 25, 2016  
      Brooklyn, New York

s/Carol Bagley Amon

_____  
Carol Bagley Amon  
Chief United States District Judge