UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
R.B. DEVELOPMENT, CO., LTD.,

            Plaintiff,

-against-

TUTIS CAPITAL LLC; METROPOLITAN
FINANCIAL HOLDINGS, LTD.; THE LAW
FIRM OF BRYANT SAUNDERS, PLLC;
LACEE INTERNATIONAL, INC.; ANDRE
VILLEROY; THOMAS A. LAWSON;
GOLDIE DICKEY; TA-LETTA
SAUNDERS; DIANE L. TURNER;
CHAUNCY VILLEROY, LLC; CHERIZAR
CARLISLE; JOHN DOES 1–10; and XYZ
CORPORATIONS 1–10,

            Defendants.
------------------------------------------------------------x
TUTIS CAPITAL LLC, et al.,

            Plaintiff,

-against-

METROPOLITAN FINANCIAL
HOLDINGS, LTD., et al.,

            Defendants.
------------------------------------------------------------x
TUTIS CAPITAL LLC, et al.,

            Plaintiff,

-against-

METROPOLITAN FINANCIAL
HOLDINGS, LTD., et al.,

            Defendants.
------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 12 2017 ★
BROOKLYN OFFICE

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
12-CV-1460 (CBA) (SMG)
15-CV-835 (CBA) (SMG)
15-CV-836 (CBA (SMG)

1

**AMON, United States District Judge:**

The Court has received the Report and Recommendation ("R&R") of the Honorable Steven M. Gold, United States Magistrate Judge, recommending that Tutis Capital LLC and Thomas A. Lawson's motion for a default judgment be granted against defendant Goldie Dickie and that they be permitted to move for entry of default judgment within three weeks of any Order adopting this Report and Recommendation. (See D.E. # 156.)

No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted).

The Court has reviewed the record and, finding no clear error, adopts the well-reasoned R&R as the opinion of the Court. The Clerk of Court is directed to enter judgment accordingly.

SO ORDERED.

Dated: December 11, 2017
       Brooklyn, New York

s/Carol Bagley Amon

Carol Bagley Amon
United States District Judge